

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MIGUEL BYGOYTIA, | § | No. 08-17-00226-CR |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 168th District Court |
| THE STATE OF TEXAS, | | |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC#20140D05522) |
| | § | |

**O R D E R**

The Court on its own motion ORDERS the Official Court Reporter for the 168th District Court of El Paso County, Texas, to electronically submit a supplemental reporter's record containing State's Exhibit No. 1 (DVD), State's Exhibit No. 2 (CD), State's Exhibit No. 3 (CD), State's Exhibit No. 4 (CD), State's Exhibit No. 69 (DVD), and Defendant's Exhibit No. 5 (DVD). The supplemental reporter's record is due in this Court on or before October 31, 2019.

IT IS SO ORDERED THIS 24TH DAY OF OCTOBER, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez, J., and Jennings, J. (Senior Judge)
Jennings, J. (Senior Judge), sitting by assignment